```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                         EASTERN DIVISION
```

| | |
|---|---|
| EMZILE LEE WILBURN, | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| vs. | )   No. 4:06CV01828 ERW |
| | ) |
| CORRECTIONAL MEDICAL SYSTEMS, | ) |
| SUSAN SINGER, | ) |
| | ) |
|     Respondent. | ) |

### ORDER

This matter comes before the Court on Motion to Appoint Counsel [doc. #4] and Motion for Clerk to Issue Service/Second Motion for Appointed of Counsel [doc. #10]. The Court will Order the appropriate forms be sent to Plaintiff to assist in Service of Defendants.

**IT IS HEREBY ORDERED** that the Clerk's Office shall forward to Plaintiff two summons forms and one Marshal form for each Defendant. Plaintiff shall, no later than **May 31, 2007**, fill out two (2) summons and one (1) Marshal form for each defendant and return them to the Court with a request that service of process issue against these defendants.

**IT IS FURTHER ORDERED** that Plaintiff's Motions to Appoint counsel are DENIED, at this time, with leave of Court to refile upon Service and Answer of Defendants.

**So Ordered this 15th Day of May, 2007.**

_____
**E. RICHARD WEBBER**
**UNITED STATES DISTRICT JUDGE**